

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> THE UNITED STATES OF AMERICA FOR AN ) <br> ORDER AUTHORIZING THE ) <br> INSTALLATION AND USE OF A PEN ) <br> REGISTER, TRAP AND TRACE DEVICE AND ) <br> CALLER IDENTIFICATION SERVICE, AND ) <br> AUTHORIZING RELEASE OF SUBSCRIBER ) <br> INFORMATION ON CELLULAR TELEPHONE ) <br> NUMBER (702) 4215-9890 ) | 2:13-mj-0895-CWH <br><br> MOTION TO UNSEAL |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, and respectfully moves this Court to unseal the Application and Order for purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED: July 7, 2014

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

ANDREW W. DUNCAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA FOR AN )<br>ORDER AUTHORIZING THE )<br>INSTALLATION AND USE OF A PEN )<br>REGISTER, TRAP AND TRACE DEVICE AND )<br>CALLER IDENTIFICATION SERVICE, AND )<br>AUTHORIZING RELEASE OF SUBSCRIBER )<br>INFORMATION ON CELLULAR TELEPHONE )<br>NUMBER (702) 4215-9890 ) | 2:13-mj-0895-CWH<br><br>ORDER TO UNSEAL |

Based on Government's Application for an Order to Unseal the Application and Order issued in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the above captioned case be unsealed.

DATED this 8th day of July, 2014.

_____
United States Magistrate Judge